1

2

Attorneys for Plaintiff, Randy Elrod

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  |                                              | ) | Case Specific Number: C 06 3517 CRB

IN RE: BEXTRA AND CELEBREX                        ) 
13  MARKETING SALES PRACTICES AND                  ) | **MDL NO. 1699**
PRODUCT LIABILITY LITIGATION                      ) | **District Judge:  Charles R. Breyer**
14                                                 )

15                                                 )

Plaintiff Name(s),  Randy Elrod                   )
16                                                 ) | **STIPULATION AND ORDER OF**
                                Plaintiffs,        ) | **DISMISSAL WITH PREJUDICE**
17                                                 )

                    vs.                            )
18                                                 )

Pfizer, Inc., et al.                              )
19                                 Defendants.     )

20

21

        Come now the Plaintiff, RANDY ELROD, and Defendants, PFIZER, INC., et al. by and
22
through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and
23
hereby stipulate to the dismissal of this action with prejudice with each side bearing its own
24
attorneys' fees and costs.
25

26
        DATED:  January 17, 2009
27

28
                                          By:_____
                                             Peter L. Kaufman
                                             Attorneys for Plaintiff, Randy Elrod
                                             -1-

1

2    DATED: August 6, 2009        GORDON & REES

3
                                          /s/
4                             By:_____
                                  Stuart M. Gordon
5                                 Attorneys for Defendants

6

7

8    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.**

9

10   Dated: AUG 1 7 2009
                                  Hon. Charles R. Breyer
11                                United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**